**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| TODD ANTHONY JOHNSON, ET AL., | Case No. 2:20-cv-01821-KJD-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| JAMES RIVER INSURANCE COMPANY, | |
| Defendant. | |

This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order (ECF No. 8), filed on November 19, 2020. The Court notes that the parties' plan fails to comply with Local Rule 26-1. First, it fails to state "SPECIAL SCHEDULING REVIEW REQUESTED" under the caption as outlined in Local Rule 26-1(a). Second, despite requesting a 365 day discovery period, the parties fail to provide a detailed explanation as to why longer or different time periods should apply. The parties include one sentence stating they need more time due to COVID-19 to justify this request. The Court finds that the plan does not provide sufficient explanation to determine whether a 365 day extended discovery period is warranted absent further details. Accordingly,

IT IS THEREFORE ORDERED that the parties' Stipulated Discovery Plan and Scheduling Order (ECF No. 8) is **denied without prejudice**.

IT IS FURTHER ORDERED that the parties shall meet and confer and file a revised stipulated discovery plan and scheduling order in compliance with Local Rule 26-1 by December 7, 2020.

DATED: November 30, 2020

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE