LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
KRISTINA MILETOVIC, ESQ.
Nevada State Bar No. 14089
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
lgreco@bremerwhyte.com
jchristensen@bremerwhyte.com
kmiletovic@bremerwhyte.com

Attorneys for Defendant,
JAMES RIVER INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TODD ANTHONY JOHNSON, individually; KRISTINA SANCHEZ, individually, <br><br>Plaintiff,<br><br>vs.<br><br>JAMES RIVER INSURANCE COMPANY; DOES I- X; and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01821-KJD-DJA <br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs TODD ANTHONY JOHNSON and KRISTINA SANCHEZ, by and through their attorney of record, Justin G. Randall, Esq. of ER Injury Attorneys, and Defendant, JAMES RIVER INSURANCE COMPANY, by and through its attorneys of record, Lucian J. Greco, Jr, Esq., Jared G. Christensen, Esq., and Kristina Miletovic, Esq. of Bremer Whyte Brown & O'Meara, LLP, as follows:

///

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1256.797  4837-6948-2724.1

1  That all of Plaintiff's claims against JAMES RIVER INSURANCE
2  COMPANY in the above-captioned matter be dismissed, with prejudice, and that each
3  party shall bear their own fees and costs.

Dated this 14TH day of April 2021

ER INJURY ATTORNEYS

_/s/ Justin G. Randall_

Justin G. Randall, Esq.
Nevada Bar No. 12476
*Attorney for Plaintiffs,*
*Todd Anthony Johnson*
*and Kristina Sanchez*

Dated this 14th day of April 2021

BREMER WHYTE BROWN &
O'MEARA, LLP

_/s/ Kristina Miletovic_

Jared G. Christensen, Esq.
Nevada Bar No. 11538
Kristina Miletovic, Esq.
Nevada Bar No. 14089
*Attorneys for Defendant,*
*James River Insurance Company*

**ORDER**

**IT IS SO ORDERED:**

_/s/ Kent J. Dawson_
KENT J. DAWSON, U.S. DISTRICT JUDGE
Dated: 4/19/2021

1256.797 4837-6948-2724.1